**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CASE NO:  16-CV-60821-JEM/JG

ATMOS NATION, LLC AND ATMOS
TECHNOLOGY, LLC,

  Plaintiff,

v.

ALL FUN GIFTS DISTRIBUTION, INC.
D/B/A PULSAR VAPORIZERS D/B/A
BUCK NAKED ECIGS; AND JAYSON
REED MAGURA,

  Defendant(s),
_____/

<u>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**</u>

  COME NOW, the Plaintiffs ATMOS NATION, LLC and ATMOS TECHNOLOGY, LLC ("Plaintiffs") and Defendants, ALL FUN GIFTS DISTRIBUTION, INC. ("AFG"), d/b/a BUCK NAKED ECIGARETTES & d/b/a PULSAR VAPORIZERS, AND JAYSON REED MAGURA (the "Defendants"), by and through their undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, and hereby stipulate to the dismissal with prejudice of the above-styled action in its entirety, including all claims, counterclaims, and defenses.  Each party shall bear its own (and waive entitlement to) costs, attorneys' fees, and expenses.

  RESPECTFULLY submitted on this day, October 26, 2017.

*[Signature Page Follows]*

| BERGER SINGERMAN | PEARSON BITMAN LLP |
|---|---|
| /s/ Caitlin M. Trowbridge | /s/ Ryan C. Marger |
| Matthew S. Nelles, Esquire | Ronnie J. Bitman, Esquire |
| Florida Bar No.: 009245 | Florida Bar No.: 0744891 |
| mnelles@bergersingerman.com | rbitman@pearsonbitman.com |
| Gavin C. Gaukroger, Esquire | Ryan Marger, Esquire |
| Florida Bar No.: 76489 | Florida Bar No.: 44566 |
| ggaukroger@bergersingerman.com | rmarger@pearsonbitman.com |
| Caitlin M. Trowbridge, Esquire | 485 N. Keller Road, Suite 401 |
| Florida Bar No.: 92113 | Maitland, Florida 32751 |
| ctrowbridge@bergersingerman.com | Telephone: (407) 647-0090 |
| 350 East Las Olas Blvd., Suite 1000 | *Attorneys for Plaintiffs* |
| Fort Lauderdale, FL 33301 | |
| Telephone: (954) 525-9900 | |
| *Attorneys for Defendants* | |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 26th day of October, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the following service list via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

MATTHEW S. NELLES
GAVIN C. GAUKROGER
CAITLIN M. TROWBRIDGE
BERGER SINGERMAN LLP
350 E. LAS OLAS BLVD., SUITE 1000
FORT LAUDERDALE, FL 33301
MNELLES@BERGERSINGERMAN.COM
GGAUKROGER@BERGERSINGERMAN.COM
DRT@BERGERSINGERMAN.COM
CTROWBRIDGE@BERGERSINGERMAN.COM
*Counsel for Defendants*

                                            PEARSON BITMAN LLP

                                            /s/ Ryan C. Marger
                                            Ryan Marger, Esquire
                                            Florida Bar No.: 44566
                                            rmarger@pearsonbitman.com
                                            485 N. Keller Road, Suite 401
                                            Maitland, Florida 32751
                                            Telephone: (407) 647-0090
                                            *Attorney for Plaintiffs*